# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM, *Plaintiff*, v. NEBRASKA FURNITURE MART, INC., *Defendant*. | Case No. 8:19-cv-00227-JMG-CRZ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that all claims asserted in the above-captioned case by Plaintiff Zach Hillesheim may be dismissed with prejudice, and that this Court may enter an Order dismissing the claims asserted by Plaintiff Zach Hillesheim with prejudice and without costs, expenses, or disbursements to any party.

Dated: September 23, 2019

**LIKES MEYERSON HATCH LLC**

/s/Jarrod Reece
Jarrod Reece
Likes Meyerson Hatch LLC
444 Regency Parkway Drive, Suite 100
Omaha, NE 68114
Email: jreece@lmhlawfirm.com
Phone: (402) 506-4604
**ATTORNEYS FOR DEFENDANT**

Dated: September 23, 2019

**BROWNE LAW LLC**

/s/Padraigin L. Browne
Padraigin L. Browne (MN Bar # 389962)
Browne Law LLC
8530 Eagle Point Blvd, Suite 100
Lake Elmo, MN 55042
E-mail: paddy@brownelawllc.com
Phone: (612) 293-4805
**ATTORNEYS FOR PLAINTIFF**

1