IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZACH HILLESHEIM, | | |
| Plaintiff, | | 8:19-CV-227 |
| vs. | | |
| NEBRASKA FURNITURE MART, INC., | | JUDGMENT |
| Defendant. | | |

On the parties' Stipulation of Dismissal with Prejudice (filing 15), this case is dismissed with prejudice, with each party bearing their own costs and fees.

Dated this 24th day of September, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge